# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McAliley, Chris M. | U.S. Dist Court, S. Dist. FL | 05/08/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

C Clyde Atkins US Courthouse
301 North Miami Avenue
6th Floor
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Settlor & Trustee | Trust #1 |
| 2. | Settlor & Trustee | Trust #2 |
| 3. | Settlor | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ADMINISTRATIVE OFFICE OF US COURTS | APRIL 10-12, 2013 | ATLANTA, GEORGIA | SEMINAR FOR NEUROSCIENCE FOR JUDGES | LODGING, MEALS AND TRANSPORTATION |
| 2. | ADMINISTRATIVE OFFICE OF US COURTS | MAY 1-3, 2013 | SAVANNAH, GEORGIA | 11TH CIRCUIT JUDICIAL CONFERENCE | LODGING, MEALS AND TRANSPORTATION |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HARTFORD HEALTHCARE FUND CL A (TRUST #1) | | None | J | T | Sold (part) | 07/08/13 | J | A | |
| 2. FIDELITY TAX FREE MONEY MARKET (TRUST #1) | A | Interest | J | T | | | | | |
| 3. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #1) | A | Dividend | J | T | Sold (part) | 07/08/13 | J | A | |
| 4. FIDELITY LOW PRICE STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 5. VANGUARD DIVIDEND GROWTH (TRUST #1) | A | Dividend | J | T | Sold (part) | 03/07/13 | J | A | |
| 6. VANGUARD DIVIDEND GROWTH (TRUST #1) | A | Dividend | J | T | Sold (part) | 12/16/13 | J | A | |
| 7. FIDELITY MEGA CAP STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |
| 8. FIDELITY MEGA CAP STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 03/07/13 | J | A | |
| 9. PRIMECAP ODYSSEY STOCK (TRUST #1) | A | Dividend | J | T | Sold (part) | 12/16/13 | J | A | |
| 10. AQUILA THREE PEAK HIGH INCOME CL INSTL (TRUST #1) | A | Dividend | J | T | | | | | |
| 11. FIDELITY FLOATING RATE HIGH INCOME (TRUST #1) | A | Dividend | J | T | Sold (part) | 02/26/13 | J | A | |
| 12. PIMCO ALL ASSET FD ADMIN CLASS (TRUST #1) | A | Dividend | J | T | | | | | |
| 13. VANGUARD GNMA ADMIRAL (TRUST #1) | A | Dividend | | | Sold (part) | 08/13/13 | J | A | |
| 14. VANGUARD GNMA ADMIRAL (TRUST #1) | A | Dividend | | | Sold (part) | 08/15/13 | J | A | |
| 15. VANGUARD GNMA ADMIRAL (TRUST #1) | A | Dividend | | | Sold | 09/04/13 | J | A | |
| 16. VANGUARD INTERMED TRM INVST GR ADMIRAL (TRUST #1) | A | Dividend | | | Sold | 09/26/13 | J | A | |
| 17. MAINSTAY MARKETFIELD FUND CLASS I (TRUST #1) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #1) | A | Dividend | J | T | | | | | |
| 19. FIDELITY INT'L GROWTH FUND (TRUST #1) | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 20. FIDELITY INT'L GROWTH FUND (TRUST #1) | A | Dividend | J | T | Buy (add'l) | 08/16/13 | J | | |
| 21. FIDELITY CONSERVATIVE INCOME BOND FUND (TRUST #1) | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 22. FIDELITY INTERMEDIATE MUNI INCOME (TRUST #1) | A | Dividend | J | T | Buy | 09/27/13 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY TAX FREE MONEY MARKET (TRUST #2) | A | Interest | J | T | | | | | |
| 25. HARTFORD HEALTHCARE FUND CL A (TRUST #2) | | None | J | T | Sold (part) | 09/10/13 | J | A | |
| 26. PRIMECAP ODYSSEY AGGRESSIVE GROWTH FUND (TRUST #2) | A | Dividend | J | T | | | | | |
| 27. FIDELITY LOW PRICE STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 08/13/13 | J | A | |
| 28. VANGUARD DIVIDEND GROWTH (TRUST #2) | A | Dividend | J | T | | | | | |
| 29. FIDELITY MEGA CAP STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 08/26/13 | J | A | |
| 30. FIDELITY MEGA CAP STOCK (TRUST #2) | A | Dividend | J | T | Sold (part) | 09/04/13 | J | A | |
| 31. PRIMECAP ODYSSEY STOCK (TRUST #2) | A | Dividend | J | T | | | | | |
| 32. AQUILA THREE PEAK HIGH INCOME CL INSTL (TRUST #2) | A | Dividend | J | T | | | | | |
| 33. FIDELITY FLOATING RATE HIGH INCOME (TRUST #2) | A | Dividend | | | Sold | 05/20/13 | J | A | |
| 34. PIMCO ALL ASSET FD ADMIN CLASS (TRUST #2) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VANGUARD GNMA ADMIRAL (TRUST #2) | A | Dividend | | | Sold | 08/13/13 | J | A | |
| 36. VANGUARD INTERMED TRM INVST GR ADMIRAL (TRUST #2) | A | Dividend | | | Buy (add'l) | 08/13/13 | J | | |
| 37. VANGUARD INTERMED TRM INVST GR ADMIRAL (TRUST #2) | A | Dividend | | | Sold | 09/26/13 | J | A | |
| 38. MAINSTAY MARKETFIELD FUND CLASS I (TRUST #2) | A | Dividend | J | T | | | | | |
| 39. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (TRUST #2) | A | Dividend | J | T | | | | | |
| 40. FIDELITY INT'L GROWTH FUND (TRUST #2) | A | Dividend | J | T | Buy | 08/13/13 | J | | |
| 41. FIDELITY INT'L GROWTH FUND (TRUST #2) | A | Dividend | J | T | Buy (add'l) | 09/10/13 | J | | |
| 42. FIDELITY CONSERVATIVE INCOME BOND FUND (TRUST #2) | A | Dividend | J | T | Buy | 08/14/13 | J | | |
| 43. FIDELITY INTERMEDIATE MUNI INCOME (TRUST #2) | A | Dividend | J | T | Buy | 09/27/13 | J | | |
| 44. FIDELITY SELECT TECHNOLOGY (TRUST #2) | | None | | | Buy | 05/20/13 | J | | |
| 45. FIDELITY SELECT TECHNOLOGY (TRUST #2) | | None | | | Sold | 08/26/13 | J | A | |
| 46. | | | | | | | | | |
| 47. VANGUARD HEALTH CARE INVESTOR (IRA) | B | Dividend | K | T | Sold (part) | 09/10/13 | J | A | |
| 48. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD (IRA) | B | Dividend | L | T | Sold (part) | 08/05/13 | J | A | |
| 49. PRIMECAP ODYSSEY AGGRESSIVE GRWTH FD (IRA) | B | Dividend | L | T | Sold (part) | 10/24/13 | J | A | |
| 50. ARTISAN MID CAP VALUE (IRA) | B | Dividend | K | T | Sold (part) | 02/19/13 | J | A | |
| 51. ARTISAN MID CAP VALUE (IRA) | B | Dividend | K | T | Sold (part) | 04/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY LOW PRICE STOCK (IRA) | A | Dividend | K | T | Sold (part) | 08/13/13 | J | A | |
| 53. VANGUARD DIVIDEND GROWTH (IRA) | C | Dividend | L | T | | | | | |
| 54. FIDELITY MEGA CAP STOCK FUND (IRA) | B | Dividend | M | T | Sold (part) | 01/25/13 | J | A | |
| 55. PRIMECAP ODYSSEY STOCK FUND (IRA) | B | Dividend | L | T | | | | | |
| 56. PIMCO ALL ASSET FD ADMIN CLASS (IRA) | A | Dividend | K | T | | | | | |
| 57. FIDELITY TOTAL EMERGING MARKETS (IRA) | | None | | | Sold | 06/24/13 | J | A | |
| 58. MAINSTAY MARKETFIELD CLASS I (IRA) | A | Dividend | L | T | | | | | |
| 59. VANGUARD GNMA ADMIRAL (IRA) | A | Dividend | | | Sold | 08/13/13 | K | B | |
| 60. VANGUARD SHORT TERM INVEST GRADE ADMIRAL (IRA) | A | Dividend | J | T | | | | | |
| 61. FIDELITY INT'L GROWTH FUND (IRA) | A | Dividend | K | T | Buy | 06/24/13 | J | | |
| 62. FIDELITY INT'L GROWTH FUND (IRA) | A | Dividend | K | T | Buy (add'l) | 08/13/13 | J | | |
| 63. FIDELITY INT'L GROWTH FUND (IRA) | A | Dividend | K | T | Buy (add'l) | 09/10/13 | J | | |
| 64. FIDELITY CONSERVATIVE INCOME BOND FUND (IRA) | A | Dividend | K | T | Buy | 08/14/13 | K | | |
| 65. | | | | | | | | | |
| 66. VANGUARD INTERMED TRM INVST GR ADMIRAL (BROKERAGE) | A | Dividend | J | T | | | | | |
| 67. VANGUARD SHORT TERM INVMT GRADE ADMIRAL (BROKERAGE) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McAliley, Chris M. | 05/08/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

TRUST #3 REPORTED ON PART I, HAS NO REPORTABLE ASSETS.

ASSETS ON PART VII "INVESTMENTS AND TRUSTS" THAT WERE FULLY SOLD IN 2012 WERE REMOVED/DELETED FROM THE SCHEDULE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Chris M. McAliley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544